BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. GIPSON,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:14-CV-01709 GSA<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |

    The parties stipulate and agree, subject to the Court's approval, that the schedule in this case be amended as follows: The parties respectfully ask that the Court extend Defendant's time to file a Cross-Motion for Summary Judgment from to AUGUST 17, 2015 to SEPTEMBER 17, 2015. This stipulation is necessary because Defendant's Counsel has a backlog of cases and because Defendant's Counsel was on leave for family matters.

    The parties request this extension in good faith, with no intent to prolong proceedings unduly. Defendant apologizes for any inconvenience caused by this delay.

-1-

Dated: AUGUST 20, 2015            */s/ Young Cho*
                                                    (email authorization)
                                                    YOUNG CHO
                                                    Attorney for Plaintiff

Dated: AUGUST 20, 2015            BENJAMIN B. WAGNER
                                                    United States Attorney
                                                  THEOPHOUS H. REAGANS


                                        By:    */s/ Theophous H. Reagans*
                                                        THEOPHOUS H. REAGANS
                                                        Special Assistant United States Attorney
                                                         Attorneys for Defendant

## **ORDER**

Based on the above stipulation between the parties, Defendant may have an extension of time to file her opposition brief. Defendant shall file her opposition brief no later than September 17, 2015. Plaintiff may file his reply brief no later than October 2, 2015.

IT IS SO ORDERED.

   Dated:  **August 25, 2015**                  **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE