BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. GIPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____ | No. 1:14-CV-01709-GSA<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |

      The parties stipulate and agree, subject to the Court's approval, that the schedule in this case be amended as follows: The parties respectfully ask that the Court extend Defendant's time to file a Cross-Motion for Summary Judgment from to September 17, 2015 to October 17, 2015. This stipulation is necessary because the parties are considering settlement.

      The parties request this extension in good faith, with no intent to prolong proceedings unduly. Defendant apologizes for any inconvenience caused by this delay.

Dated: September 17, 2015            */s/ Young Cho*
                                     (email authorization)
                                     YOUNG CHO
                                     Attorney for Plaintiff


Dated: September 17, 2015            BENJAMIN B. WAGNER
                                     United States Attorney
                                     THEOPHOUS H. REAGANS


                            By:      */s/ Theophous H. Reagans*
                                     THEOPHOUS H. REAGANS
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant


## ORDER

Based on the above stipulation between the parties, Defendant may have an extension of time to file her opposition brief. Defendant shall file her opposition brief no later than October 17, 2015. Plaintiff may file his reply brief no later than November 2, 2015.

IT IS SO ORDERED.

   Dated:   **September 18, 2015**              **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE